EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

LAWRENCE L. TONG
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 27 2002

at ____ o'clock and ____ min. ___M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.  CR 0 2 - 0 0 2 8 2   DAE |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | 18 U.S.C. §§ 2251 and 2252 |
| | ) | [Sexual Exploitation |
| MARTIN FINER, | ) |  of Children] |
| | ) | |
| Defendant. | ) | |
| | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about April 14, 2002, in the District of Hawaii

and elsewhere, MARTIN FINER did knowingly make, print and

publish, and cause to be made, printed and published, a notice

and advertisement, which MARTIN FINER knew and had reason to know

would be transported in interstate and foreign commerce by any

means, including by computer, which notice and advertisement

sought and offered to receive, exchange, display, distribute and reproduce, visual depictions, the production of which involved the use of minors engaged in sexually explicit conduct, and which depictions were of such conduct, namely, said MARTIN FINER advertised in an Internet chat room the existence of a file transfer protocol server which he operated to exchange child pornography.

In violation of Title 18, United States Code, section 2251(c).

### COUNT 2

The Grand Jury further charges:

On or about April 27, 2002, in the District of Hawaii and elsewhere, MARTIN FINER did knowingly transport and ship, and cause to be transported and shipped, by computer, in interstate and foreign commerce, computer graphic files containing visual depictions of minors engaged in sexually explicit conduct, with said MARTIN FINER knowing that the production of such visual depictions involved the use of minors engaged in sexually explicit conduct, and that such visual depictions were of such conduct.

In violation of Title 18, United States Code, section 2252(a)(1).

COUNT 3

The Grand Jury further charges:

On or about May 20, 2002, in the District of Hawaii, MARTIN FINER did knowingly possess matters which contained visual depictions of minors engaged in sexually explicit conduct, namely, approximately 58,900 computer graphic files, and approximately 3,000 movie files, with MARTIN FINER knowing that said files contained visual depictions which involved the use of minors engaged in sexually explicit conduct, and which depictions were of such conduct, and which depictions had been transported in interstate and foreign commerce, and had been produced using materials which had been shipped and transported in interstate and foreign commerce.

///
///
///
///
///
///
///
///
///
///
///

In violation of Title 18, United States Code, section 2252(a)(4).

Dated:  Honolulu, Hawaii, June 27, 2002.

A TRUE BILL

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

_____
LAWRENCE L. TONG
Assistant U.S. Attorney

United States v. Martin Finer
"Indictment"
Cr. No. _____

4